UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| IN RE: CHARLES PAPPAS | ) | |
| | ) | Case No.    12-22099 |
| Debtor. | ) | |
| | ) | Chapter 7 |
| --- | | |
| DONNA PARRIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adversary Proceeding No. 12-02081 |
| vs. | ) | |
| CHARLES PAPPAS | ) | |
| | ) | |
| Defendant. | ) | November 1, 2013 |

---

**MOTION TO WITHDRAW APPEARANCE**

TO THE HONORABLE ALBERT S. DABROWSKI, BANKRUPTCY JUDGE:

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, Attorney Derek G. Poirier, counsel for the defendant, Charles Pappas, respectfully moves for leave of Court to withdraw his appearance in Adversary Proceeding Number 12-02081, in support thereof states as follows:

...versary case was filed on November 26, 2012 against defendant to co... ...argeability of a debt pursuant to 11 U.S.C. §523(a)(6) and the rev... discharge pursuant to 11 U.S.C. §727(c),(d),(e).

...signed counsel was originally retained to represent debtor, Charles Pa... ...ling of a chapter 7 bankruptcy proceeding, Case Number 12-22099, on Au... .

ORDER DENYING WITHOUT PREJUDICE- PER THE STATEMENTS MADE ON THE RECORD ON 11/21/13
DATED: 11/22/13

Albert S. Dabrowski
Chief United States Bankruptcy Judge