UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 12-21924 (ASD) |
| ROBIN DELANEY, ) | |
| ) | CHAPTER 7 |
| DEBTOR. ) | |
| DONNA PARRIS, ) | ADV. PRO. NO. 12-02078 |
| ) | (CONSOLIDATED WITH |
| PLAINTIFF, ) | ADV. PRO. NO. 12-02081 UNDER |
| v. ) | ADV. PRO. NO. 12-02078) |
| ) | |
| ROBIN DELANEY, ) | |
| ) | RE: ECF NO. 17 |
| DEFENDANT. ) | |
| IN RE: ) | |
| ) | CASE NO. 12-22099 (ASD) |
| CHARLES PAPPAS, ) | |
| ) | CHAPTER 7 |
| DEBTOR. ) | |
| DONNA PARRIS, ) | ADV. PRO. NO. 12-02081 |
| ) | (CONSOLIDATED WITH |
| PLAINTIFF, ) | ADV. PRO. NO. 12-02078 UNDER |
| ) | ADV. PRO. NO. 12-02078) |
| v. ) | |
| ) | |
| CHARLES PAPPAS, ) | |
| ) | |
| DEFENDANT. ) | |

**JUDGMENT**

A *Motion for Summary Judgment*, ECF No. 17, having been filed by the Plaintiff, Donna Parris, in the above captioned consolidated adversary proceedings and having been considered by the Court, and the Court having issued this same day its *Memorandum of Decision on Plaintiff's Uncontested Motion for Summary Judgment on Complaints to*

*Determine Nondischargeability of Debt Pursuant to Bankruptcy Code Section 523(a)(6),* in accordance with which

**IT IS HEREBY ORDERED** that Judgment shall enter in favor of the Plaintiff, Donna Parris, and against the Debtor-Defendants, Robin Delaney, and Charles Pappas (hereinafter, the "Defendants"), and

**IT IS FURTHER ORDERED** that District Court Judgment debts of the Defendants to the Plaintiff as determined in *Parris v. Charles Pappas, Robin Delaney,* Case No. 3:10CV1128 (WWE) (United States District Court for the District of Connecticut) (hereinafter, the "District Court Case") in the amount of $262,407.00 in compensatory and punitive damages, $87,392.50 in attorneys' fees, and such additional attorneys' fees authorized by Magistrate Fitzsimmons in District Court Case by her Order of August 6, 2012, in a monetary amount to be determined in the District Court Case, are **NONDISCHARGEABLE** in the Debtor-Defendants' bankruptcy cases, Case Nos. 12-21924 (Delaney) and 12-22099 (Pappas), pursuant to Bankruptcy Code Section 523(a)(6).[1]

Dated: January 29, 2014                                                                                 BY THE COURT

Albert S. Dabrowski
Chief United States Bankruptcy Judge

---

[1] As noted in the Memorandum of Decision, fn. 3 & 7, Count Two of the Complaint against Pappas (Adv. P. No. 12-2081) seeking a denial of discharge as to him pursuant to §727(a)(2) is not affected by this Judgment.